738

**Vincent R. WAGGONER,
Petitioner–Appellant,**

v.

**STATE of Idaho, Respondent.**

**No. 19112.**

Supreme Court of Idaho.

Oct. 31, 1991.

ORDER WITHDRAWING SUA SPONTE
ORDER GRANTING REVIEW

An ORDER GRANTING REVIEW SUA SPONTE was issued January 23, 1991, by the Court. Subsequently, the Court has determined that its ORDER GRANTING REVIEW SUA SPONTE should be withdrawn. See *Sanchez v. Arave*, 120 Idaho 321, 815 P.2d 1061 (1991). Therefore, good cause appearing,

IT IS HEREBY ORDERED that the ORDER GRANTING REVIEW SUA SPONTE issued January 23, 1991, be, and hereby is, WITHDRAWN and the Remittitur shall issue forthwith.

**828 P.2d 301**

**ALPINE PACKING COMPANY,
a California corporation,
Plaintiff–Respondent,**

v.

**H.H. KEIM COMPANY, LTD., an Idaho
corporation, Defendant–Appellant.**

**No. 19579.**

Supreme Court of Idaho.

Dec. 20, 1991.

ORDER WITHDRAWING ORDER
GRANTING REVIEW AND RE-
MANDING CASE FOR FURTHER
PROCEEDINGS

Prior report: App., 121 Idaho 762, 828 P.2d 325.

The Court having issued an order granting review of the decision of the Court of Appeals in the above entitled matter, S.Ct. No. 18438, and having considered the files and record and the argument of counsel, the Court concludes that, under the criteria which guides this Court in the granting of petitions for review, I.A.R. 118, review was improvidently granted. Accordingly, the order granting the defendant's petition for review is withdrawn.